UNITED STATES COURT OF APPEALS
### DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** RAICES, et al.

**v.**

Kristi Noem, et al.

**Case No:** 25-5243

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| The Global Strategic Litigation Council | Triveni Defries, MD, MPH |
| Human Rights Watch | Barbara Eisold, PhD |
| Physicians for Human Rights | Michele Heisler, MD, MPA |
| Refugees International | Jim Recht, MD |

### Counsel Information

Lead Counsel: Ian M. Kysel

Direct Phone: ( 60 ) 255-5503  Fax: ( ___ ) - ___  Email: ian.kysel@cornell.edu

2nd Counsel: Courtney Bell

Direct Phone: ( 60 ) 379-0427  Fax: ( ___ ) - ___  Email: cpb99@cornell.edu

3rd Counsel:

Direct Phone: ( ___ ) Fax: ( ___ ) - ___  Email:

Firm Name: Cornell Law School Transnational Disputes Clinic

Firm Address: Cornell Law School, Myron Taylor Hall, Ithaca NY 14853

Firm Phone: ( 60 ) 255-4299  Fax: ( ___ ) - ___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** RAICES, et al.

**v.**

Kristi Noem, et al.

**Case No:** 25-5243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Adam Richards, MD, PhD, MPH

### Counsel Information

Lead Counsel:  Ian M. Kysel

Direct Phone: ( 60 ) 255-5503   Fax: ( ___ ) ___-___   Email: ian.kysel@cornell.edu

2nd Counsel:  Courtney Bell

Direct Phone: ( 60 ) 379-0427   Fax: ( ___ ) ___-___   Email: cpb99@cornell.edu

3rd Counsel:

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

Firm Name:  Cornell Law School Transnational Disputes Clinic

Firm Address:  Cornell Law School, Myron Taylor Hall, Ithaca NY 14853

Firm Phone: ( ___ ) 255-4299   Fax: ( ___ ) ___-___   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

_____

## AGREEMENT OF SUPERVISING ATTORNEY
## UNDER THIS COURT'S RULE 46(G)(6)

_____

I, Ian Kysel, certify and agree as follows:

1. I am a member of the D.C. Circuit bar. I am a supervising attorney in Cornell Law's Transnational Disputes Clinic (TDC).

2. Under this Court's Rule 46(g)(6), I agree to supervise one third-year law student−Courtney Bell−in her work on this case. This student is currently enrolled in TDC.

3. I meet all of the qualifications, and will assume the supervisory responsibilities, enumerated in this Court's Rule 46(g)(6)(A)(B).

4.  I have done the necessary inquiry into the students eligibility to appear in this case, and I have determined that Ms. Bell meets each of the eligibility requirements of this Court's Rule 46(g)(3)(A)-(D).

5.  The *amici curiae* who I am representing in this appeal have consented in writing to Ms. Bell's appearance in this case as required by this Court's Rule 46(g)(1). A copy of those consents are attached.

6.  Cornell Law's dean has certified Ms. Bell as being of good character and competent legal ability, and as being adequately trained to perform as a student attorney. A copy of that certification is attached.

Respectfully submitted,

_/s/ Ian Kysel_____

Ian Kysel

CORNELL LAW
TRANSNATIONAL DISPUTES
CLINIC

Cornell Law School, Myron
Taylor Hall, Ithaca NY
14850

(607) 255-5503

ian.kysel@cornell.edu

Counsel for *amici curiae*

September 19, 2025

No. 25-5243

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

_____

## PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE

_____

Under this Court's Rule 46(g)(1) and (4), the undersigned, Global Strategic Litigation Council, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 16, 2025

_____

Bella Mosselmans, Director

Global Strategic Litigation Council

No. 25-5243

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————————

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

———————————————————

### PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE

———————————————————

Under this Court's Rule 46(g)(1) and (4), the undersigned, Human Rights Watch, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Dated: September 18, 2025
      New York, New York

Respectfully submitted,

_____
Human Rights Watch

No. 25-5243

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

——————————————

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

——————————————

**PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE**

——————————————

Under this Court's Rule 46(g)(1) and (4), the undersigned, Saman Zia-Zarifi, J.D., LL.M, executive director of Physicians for Human Rights, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 18, 2025

_____

Saman Zia-Zarifi, J.D., LL.M

Physicians for Human Rights

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————————————————

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

—————————————————

**PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE**

—————————————————

Under this Court's Rule 46(g)(1) and (4), the undersigned, the Global Strategic Litigation Council for Refugee Rights, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 18, 2025

Yael Schacher, PhD, Refugees International

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS FOR
# THE DISTRICT OF COLUMBIA CIRCUIT

_____

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her
official capacity, et al.,

Defendant-Appellant

_____

**PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE**

_____

Under this Court's Rule 46(g)(1) and (4), the undersigned, Triveni DeFries, MD consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 16, 2025

Triveni DeFries, MD

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT O F COLUMBIA CIRCUIT

---

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

---

**PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE**

---

Under this Court's Rule 46(g)(1) and (4), the undersigned, Barbara Eisold, PhD, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September **18**, 2025

Barbara Eisold, PhD

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

_____

**PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE**

_____

Under this Court's Rule 46(g)(1) and (4), the undersigned, Katherine Peeler, MD, MA, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 17, 2025

_____

Michele Heisler, MD, MPA

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLOMBIA

---

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

---

### PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE

---

Under this Court's Rule 46(g)(1) and (4), the undersigned, Jim Recht, MD, consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

09/16/2025
September ___, 2025

Jim Recht, MD (Sep 16, 2025 17:14:15 EDT)

Jim Recht, MD

No. 25-5243

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────────────────

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

───────────────────────────

## PARTY STATEMENT OF CONSENT TO STUDENT PRACTICE

───────────────────────────

Under this Court's Rule 46(g)(1) and (4), the undersigned, Adam Richards, MD, PhD, MPH consents to the admission of the following law student enrolled in Cornell Law's Transnational Disputes Clinic: Courtney Bell. The law student is not receiving any compensation for their services. *See* D.C. Circuit R. 46(g)(4).

Respectfully submitted,

September 17, 2025

Adam Richards, MD, PhD, MPH

No. 25-5243

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

———————————————

Refugee and Immigrant Center for Education and Legal Services, et al.,

Plaintiff-Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendant-Appellant

———————————————

## AGREEMENT OF THE DEAN
## UNDER THIS COURT'S RULE 46(G)(3)(D)

———————————————

I, the Allan R. Tessler Dean of Cornell Law School, Jens David Ohlin, certify that Courtney Bell is a J.D student of good character and competent legal ability and is being adequately trained to perform as a student attorney. *See* D.C. Cir. R. 46(g)(3)(D).

_____          9/16/25
_____

Jens Ohlin                                 Date