# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**  September Term, 2025

1:25-cv-00306-RDM

Filed On: November 3, 2025 [2143514]

Refugee and Immigrant Center for
Education and Legal Services, et al.,

    Appellees

    v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

    Appellants

    **BEFORE:**    Circuit Judges Pillard, Walker, and Childs

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 3, 2025 at 9:32 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Drew Ensign (DOJ), counsel for Appellants.

    Lee Gelernt, counsel for Appellees.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:    /s/
    Anne A. Rothenberger
    Deputy Clerk