# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5243** **September Term, 2024**

**1:25-cv-00306-RDM**

**Filed On: July 3, 2025** [2123814]

Refugee and Immigrant Center for Education and Legal Services, et al.,

Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Appellants

## ORDER

The notice of appeal was filed on July 2, 2025, and docketed in this court on July 3, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 4, 2025 |
| Docketing Statement Form | August 4, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 4, 2025 |
| Procedural Motions, if any | August 4, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 4, 2025 |
| Statement of Issues to be Raised | August 4, 2025 |
| Transcript Status Report | August 4, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | August 4, 2025 |
| Dispositive Motions, if any | August 18, 2025 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5243** **September Term, 2024**

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 4, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 4, 2025 |
| Procedural Motions, if any | August 4, 2025 |
| Dispositive Motions, if any | August 18, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)