# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Refugee and Immigrant Center for Education and Legal Services, et al.

**v.**

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.

**Case No:** 25-5243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached

### Counsel Information

Lead Counsel: Drew Ensign

Direct Phone: (202) 514-2331  Fax: ( ) -  Email: Drew.C.Ensign@usdoj.gov

2nd Counsel: Benjamin Hayes

Direct Phone: (202) 514-8214  Fax: ( ) -  Email: Benjamin.T.Hayes@usdoj.gov

3rd Counsel:

Direct Phone: ( ) -  Fax: ( ) -  Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Avenue, NW  Washington, DC 20530

Firm Phone: ( ) -  Fax: ( ) -  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

The defendants-appellants are:

- Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security
- U.S. Department of Homeland Security
- Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Board Protection
- U.S. Customs and Border Protection
- Michael Banks, in his official capacity as Chief of U.S. Border Patrol
- Diane Sabatino, in her official capacity as Acting Executive Assistant Commissioner, CPB Office of Field Operations
- Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement
- U.S. Immigration and Customs Enforcement
- Marco Rubio, in his official capacity as Secretary of the U.S. Department of State
- U.S. Department of State
- Pamela J. Bondi, in her official capacity as Attorney General of the United States
- U.S. Department of Justice
- Angelica Alfonso-Royals, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services
- U.S. Citizenship and Immigration Services
- Donald J. Trump, in his official capacity as President of the United States