# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**  **September Term, 2024**

1:25-cv-00306-RDM

**Filed On:** July 28, 2025

Refugee and Immigrant Center for Education
and Legal Services, et al.,

      Appellees

      v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

      Appellants

    **BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, it is

**ORDERED**, on the court's own motion, that appellants file a response to the motion by 5:00 p.m. on Tuesday, July 29, 2025, and that appellees file any reply by 5:00 p.m. on Wednesday, July 30, 2025. Appellants should address in their response what they would view as a feasible briefing schedule if the court orders expedition.

## Per Curiam

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

             BY:    /s/
                       Selena R. Gancasz
                       Deputy Clerk