# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5243** **September Term, 2025**

**1:25-cv-00306-RDM**

**Filed On:** October 22, 2025

Refugee and Immigrant Center for Education and Legal Services, et al.,

Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Appellants

**BEFORE:** Pillard, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to stay the appeal, including the oral argument, in light of lapse of appropriations, it is

**ORDERED** that the motion be denied. This case remains scheduled for oral argument on November 3, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk