# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**                                               **September Term, 2025**

**1:25-cv-00306-RDM**

**Filed On: October 22, 2025** [2141540]

Refugee and Immigrant Center for
Education and Legal Services, et al.,

        Appellees

        v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

        Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 3, 2025, at 9:30 A.M.:

        Appellants        -        15 Minutes

        Appellees        -        15 Minutes

One counsel per side to argue. The panel considering this case will consist of Pillard, Walker, Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 24, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk
        BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)