# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5243**　　　　　　　　　　**September Term, 2025**

FILED ON: APRIL 24, 2026

REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, ET AL.,
　　　　　APPELLEES

v.

MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY, ET AL.,
　　　　　APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00306)

Before: PILLARD, WALKER and CHILDS, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment and its class certification, as clarified by the stay panel, be affirmed, in accordance with the opinion of the court filed herein this date.

## Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　　/s/
　　　Daniel J. Reidy
　　　Deputy Clerk

Date: April 24, 2026

Opinion for the court filed by Circuit Judge Childs.
Opinion concurring in part and dissenting in part filed by Circuit Judge Walker.