# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5243**

**September Term, 2025**

**1:25-cv-00306-RDM**

**Filed On:** June 17, 2026

Refugee and Immigrant Center for Education
and Legal Services, et al.,

      Appellees

    v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his
official capacity, et al.,

      Appellants

**O R D E R**

Upon consideration of appellants' petition for rehearing en banc, it is

**ORDERED**, on the Court's own motion, that within 15 days of the date of this order, appellees file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Lillian Wright
      Deputy Clerk