# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**

**September Term, 2025**

**1:25-cv-00306-RDM**

**Filed On:** July 23, 2026

Refugee and Immigrant Center for Education
and Legal Services, et al.,

      Appellees

    v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his
official capacity, et al.,

      Appellants

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
              Lillian R. Wright
              Deputy Clerk