# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**

**September Term, 2025**

**1:25-cv-00306-RDM**

**Filed On:** July 27, 2026

Refugee and Immigrant Center for Education
and Legal Services, et al.,

   Appellees

  v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his official
capacity, et al.,

   Appellants

  **BEFORE:** Pillard, Walker, and Childs, Circuit Judges

## O R D E R

  Upon consideration of appellants' unopposed motion to stay mandate pending the filing and disposition of a petition for a writ of certiorari, it is

  **ORDERED** that the motion be granted. The Clerk is directed to withhold issuance of the mandate through August 24, 2026. If, within the period of the stay, appellants notify the Clerk in writing that a petition for writ of certiorari has been filed, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition of the matter. See Fed. R. App. P. 41(d)(2)(B); D.C. Cir. Rule 41(a)(2). The stay of the mandate is conditioned on appellants at this juncture forgoing filing an application with the Supreme Court to stay those portions of the district court's injunction not covered by this Court's partial stay pending appeal.

     **Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

      BY: /s/
        Ellie F. Kemper
        Deputy Clerk