**U.S. Department of Justice**
Civil Division
Washington, D.C.

August 24, 2026

**<u>Via ECF</u>**
Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**Re: No. 25-5243, *Refugee and Immigrant Center for Education and Legal Services, et al. v. Markwayne Mullin, et al.***

**Notification of Filing of Petition for a Writ of Certiorari**

Dear Mr. Cislak:

On July 27, 2026, the Court entered an order staying the issuance of the mandate in this appeal until August 24, 2026, to be extended "[i]f, within the period of the stay, appellants notify the Clerk in writing that a petition for a writ of certiorari has been filed." Upon receipt of that notice, the Court "directed" the Clerk to "withhold issuance of the mandate pending the Supreme Court's final disposition of the matter."

Appellants write to provide notice that the Solicitor General has filed a petition for a writ of certiorari with the United States Supreme Court from the decision of this Court entered on April 24, 2026. *See Markwayne Mullin, et al. v. Refugee and Immigrant Center for Education and Legal Services, et al.* (petition filed, Aug. 24, 2026).

Sincerely,

s/ *Benjamin Hayes*
Benjamin Hayes
*Senior Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 514-8214
*Benjamin.T.Hayes@usdoj.gov*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 24, 2026. I certify that all participants are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ *Benjamin Hayes*
Benjamin Hayes