# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 24, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Markwayne Mullin, Secretary of Homeland Security, et al.
v. Refugee and Immigrant Center for Education and Legal
Services, et al.
No. 26-239
(Your No. 25-5243)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 24, 2026 and placed on the docket August 24, 2026 as No. 26-239.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst